
SEALED

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 2 7 2014

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the
Western District of Virginia

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

6352 Freedom Road
Bristol, VA

)
)
)
)
)
)

Case No. 1:14 MJ 64

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Western_____ District of _____Virginia_____ *(identify the person or describe property to be searched and give its location):* 6352 Freedom Road, Bristol, VA (to include the residence, curtilage, outbuildings, persons present, and vehicles present.) Attachment A consists of an aerial photograph of the residence.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § _846/841(a)(1)_ , and the application is based on these facts: See Attachment C _____ and 841(a)(1)

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brian Snedeker, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/27/14

_____
*Judge's signature*

City and state: ___Abingdon, Virginia___

Pamela Meade Sargent, USMJ
*Printed name and title*

# ATTACHMENT A

Map is for general reference purposes only.



6352 FREEDOM ROAD, BRISTOL, VA

ATTACHMENT B

1. Marijuana, marijuana distribution paraphernalia including scales, plastic baggies, wrapping material; devices used to communicate with other drug traffickers/co-conspirators including cellular telephones and two-way radios; electronic equipment used for counter-surveillance to include scanners, and anti-bugging devices; specially built hidden compartments or paperwork evidencing the building of hidden compartments on vehicles (such compartments are routinely used by narcotics traffickers to conceal and transport controlled substances and the proceeds from the sale of controlled substances).

2. Firearms, including handguns, rifles, and shotguns that are commonly used by individuals to protect controlled substances and related drug proceeds/assets. Firearms, oftentimes stolen, are also routinely bartered in exchange for controlled substances.

3. Books, records, ledgers, notes, and videos pertaining to the illicit distribution, purchasing, and transporting of marijuana.

4. Messages/letters, telephone numbers, and addresses relating to customers, suppliers, and other co-conspirators involved with the illicit distribution, purchasing, and transporting of marijuana. These messages/letters, telephone numbers, and addresses may be written on personal calendars, personal address and /or telephone books, Rolodex type indices, notebooks, loose pieces of paper, and found in mail.

5. Photographs and videos depicting marijuana, drug distribution paraphernalia, substantial assets, co-conspirators, and persons with marijuana,

6. Books, ledgers, receipts, bank statements, cashier's checks, and other items evidencing the acquisition, secreting, transferring and/or concealment of assets or the expenditure of narcotics proceeds.

7. Items or articles of personal property tending to show ownership, dominion, or control of the premises/property/vehicles. Such items or articles include personal identification, personal correspondence, diaries, checkbooks, notes, photographs, keys, receipts, mail, personal telephone and address books, videos, and motor vehicle related documents (titles/registrations).

8. Large amounts of currency (exceeding $1,000.00) or readily transported assets which are used as cash equivalents (cashier's checks, bearer bonds, gold, diamonds, precious jewels, etc.).

9. Items listed in Paragraphs 3 through 7 may be stored in digital media. Therefore, digital media (including but not limited to computers/computer hard drives, floppy disks, CD's, flash/jump drives, personal digital assistants (PDA's), cellular telephones, digital cameras, iPODs, iPADs, etc.) are to be seized and examined for the items listed in Paragraphs 3 through 7.

ATTACHMENT C

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1.  I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2.  The purpose of this application and affidavit is to secure an anticipatory search
    warrant for the premises known as 6352 Freedom Road, Bristol, VA. This affiant,
    after obtaining and reviewing information, believes there is evidence of conspiracy to
    distribute and/or the distribution of marijuana at 6352 Freedom Road, Bristol,
    VA in violation of 21 USC 846/841(a)(1) and 841(a)(1).

3.  I am a Special Agent with the Drug Enforcement Administration (DEA) and have
    been so employed for approximately (23) years. During my employment I have
    received comprehensive classroom training from the Drug Enforcement
    Administration in specialized narcotic investigative matters including but not limited
    to drug interdiction, drug detection, money laundering techniques and schemes,
    smuggling, and the investigation of individuals and organizations involving the
    smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances
    (including marijuana). I have participated in the execution of more than (300)
    narcotics related search warrants.

4.  The facts set forth in this affidavit are known to me as a result of my personal
    participation, information provided to this affiant by another law enforcement officer,
    and information provided to this affiant by a source of information (hereafter referred
    to as "SOI"). Any reference to the gender of the SOI does not necessarily reflect the
    true gender of the SOI.

5.  During the last 60 days, an SOI advised law enforcement that Kevin Bullen is a
    marijuana trafficker who resides in Bristol, TN. The SOI admitted (against his own
    penal interest) being a co-conspirator involved in a multi-pound marijuana trafficking
    conspiracy with Bullen and an individual named Josh Dingus who lives at a residence
    identified as 6352 Freedom Road, Bristol, VA. The SOI claimed that Bullen obtains
    his multi-pound quantities of marijuana from Dingus at a garage in Bristol, TN and at
    Dingus' residence in Virginia. Within the last (48) hours, the SOI advised that Bullen
    is going to pick up a multi-pound load of marijuana from Dingus at Dingus' residence
    in Bristol (Washington County), Virginia during the next (5) days.

6.  Law enforcement anticipates the seizure of a multi-pound quantity of marijuana from
    Bullen within the next (5) days during the course of a motor vehicle stop that will
    occur immediately after Bullen is observed (by law enforcement) departing 6352
    Freedom Road, Bristol, VA (a rural residence) and heading back towards Tennessee.
    The actual, lawful seizure of a multi-pound quantity of marijuana from Bullen by law
    enforcement as described above will be the triggering event for the execution of the
    search warrant at 6352 Freedom Road, Bristol, VA.

7. This affiant is aware based on his training, experience, and conversations with other law enforcement officers that individuals who illegally distribute marijuana and/or conspire to do so typically maintain marijuana along with receipts, notes, records, and telephone numbers (as they pertain to marijuana distribution and/or conspiracy to commit same), and other items as listed and explained on Attachment B (of the Application and Affidavit for Search Warrant to which this affidavit is attached) on their persons, inside their residences, garages, outbuildings/barns, campers, vehicles (or the vehicles they operate), and inside of vehicles registered to other persons when those vehicles are parked at the distributor's/conspirator's residence/property.

8. Individuals who distribute marijuana and/or conspire to do so routinely have persons who are marijuana users and/or additional co-conspirators present at their residences/properties. These users/co-conspirators often illegally possess marijuana and marijuana use paraphernalia and routinely possess notes, stored telephone numbers, and messages pertaining to their relationships with marijuana traffickers/co-conspirators. These users/co-conspirators are oftentimes in possession of other items as listed and explained on Attachment B (of the Application and Affidavit for Search Warrant to which this affidavit is attached) and possess these items on their persons and in their vehicles (or the vehicles they operate) which are oftentimes parked at the drug manufacturer's/co-conspirator's residences/properties.

9. Based upon the facts set forth above, I believe that there is probable cause for the issuance of a search warrant for the premises known as 6352 Freedom Road, Bristol, VA (located within the Western District of Virginia) as there is probable cause to believe that there is evidence of a violation of 21 USC 846/841(a)(1) and/or 841(a)(1) at said premises.


_____     3-27-2014
Brian Snedeker, Special Agent (DEA)          Date


Subscribed and sworn to before me, this the 27th day of April, 2014
in Abingdon, Virginia.

_____
Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia