IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
**ABINGDON** DIVISION

RE: SEARCH WARRANT )
) Case No.: 1:14MJ00064
)
)

## MOTION TO UNSEAL

The United States of America, by counsel, hereby moves the Court to enter an order unsealing the above-referenced matter.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

s/Jennifer R. Bockhorst
Bar No: tn021395
Assistant United States Attorney
U.S. Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
E-Mail:USAVAW.ECFAbingdon@usdoj.gov