IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| RE: SEARCH WARRANT ) | |
| ) | Case No.: 1:14mj00064 |
| ) | |
| ) | |
| ) | |

## **O R D E R**

Upon motion by the government, it is hereby **ORDERED** that all matters in the above-styled case are unsealed.

ENTERED: This 30th day of April, 2014.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE